381 A.2d 904

Daniels v. Daniels, Appellant.

Argued September 13, 1977. J. Damico, with him G. Guy Smith, for appellant; Reese A.

Davis, with him Greenwell, Porter, Smaltz & Royal, for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.